THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL VANDERPOOL, Appellant. [852 NYS2d 897]—

Memorandum: Defendant appeals from a judgment convicting him upon a plea of guilty of attempted rape in the first degree (Penal Law §§ 110.00, 130.35 [1]). Contrary to the contention of defendant, County Court did not abuse its discretion in denying his motion to withdraw the plea (*see generally People v Thomas*, 39 AD3d 1197, 1199 [2007], *lv denied* 9 NY3d 869 [2007]). Indeed, the record of the plea proceeding belies the contention of defendant that he believed that he was pleading guilty to a different crime (*see People v Vinals*, 2 AD3d 1210, 1211 [2003]), as well as his contention that he was impaired by his use of an antidepressant prescription medication when he entered the plea (*see People v Oyague*, 237 AD2d 311 [1997], *lv denied* 90 NY2d 862 [1997]). Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.